UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE

Case No. 3:24-CR-25 Date: August 18, 2026

United States of America vs. Kyle William Spitze

PROCEEDINGS: Sentencing hearing began.

HONORABLE THOMAS A. VARLAN, UNITED STATES DISTRICT JUDGE

| | | |
|---|---|---|
| Julie Norwood<br>Deputy Clerk | Tina Gibson<br>Court Reporter | Scott Queener<br>Probation Officer |
| Jennifer Kolman<br>Asst. U.S. Attorney | | Jonathan Cooper<br>Attorney for Defendant |

- Witness SA Jason Stewart sworn and testimony given.
- Victim Impact statements heard.
- Argument heard and taken under advisement.
- The defendant declined to allocate.
- Sentencing continued to Wednesday, August 19, 2026 at 2:00 p.m.

Time: 10:00 a.m. to 1:15 p.m.
2:34 p.m. to 4:28 p.m.