IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA

v.

Case No 3:24-CR-25
Judge Varlan

KYLE WILLIAM SPITZE

# NOTICE OF APPEAL

Notice is hereby given that Defendant, Kyle William Spitze, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Judgment pronounced in this action on the 19th day of August, 2026.

Defendant's signature

Kyle William Spitze